IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL NO. H-07-0442 |
| | § | |
| EUGENE MORRIS and | § | |
| TRACY JEWETT | § | |

## VERDICT FORM

We, the jury, find Defendant EUGENE MORRIS __Not Guilty__
("Guilty" or "Not Guilty")
of the offense charged in **COUNT ONE** of the Indictment.

We, the jury, find Defendant EUGENE MORRIS __Guilty__
("Guilty" or "Not Guilty")
of the offense charged in **COUNT TWO** of the Indictment.

We, the jury, find Defendant EUGENE MORRIS __Not Guilty__
("Guilty" or "Not Guilty")
of the offense charged in **COUNT THREE** of the Indictment.

We, the jury, find Defendant TRACY JEWETT __Not Guilty__
("Guilty" or "Not Guilty")
of the offense charged in **COUNT FOUR** of the Indictment.

We, the jury, find Defendant TRACY JEWETT  __Not Guilty__
("Guilty" or "Not Guilty")

of the offense charged in **COUNT FIVE** of the Indictment.

__5/21/08__
Date

**REDACTED**